**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN COMAS, individually and on behalf of all others similarly-situated<br><br>Plaintiff,<br><br>v.<br><br>AUTORAMA ENTERPRISES OF BRONX INC.,<br><br>Defendant. | 18-CV-03892 (RJS)(BCM)<br><br>[PROPOSED] **JUDGMENT** |

This action having been commenced on May 1, 2018, and a copy of the Summons and Complaint having been served on Defendant by personal service on the New York State Secretary of State on June 7, 2018, and proof of service having been filed on June 27, 2018, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on July 31, 2018; it is

ORDERED, ADJUDGED, AND DECREED that a default is entered against the Defendant in the total amount of $48,005.93 as follows: (i) economic damages in the amount of $4,565.76 for Plaintiff's claims under the Fair Labor Standards Act ("FLSA"); (ii) liquidated damages in the amount of $4,565.76 for Plaintiff's claims under the FLSA; (iii) economic damages in the amount of $9,586.92 pursuant to the New York Labor Law ("NYLL"); (iv) liquidated damages in the amount of $9,586.92 pursuant to the NYLL; (v) pre-judgment interest on Plaintiff's economic damages under the NYLL in the amount of $4,096.62; (vi) statutory damages in the amount of $5,000.00 for failing to provide wage notices pursuant to NYLL § 195(1); (vii) statutory damages in the amount of $5,000.00 for failing to provide wage statements pursuant to NYLL § 195(3); (viii) attorneys' fees pursuant to the FLSA and NYLL in the amount $4,914.05; and (ix) costs pursuant to the FLSA and NYLL in the amount of $689.90.

Dated: _____, 2018

                                                        _____
                                                        RICHARD J. SULLIVAN
                                                        United States District Judge