```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN COMAS, individually and on behalf
of all others similarly situated,
                              Plaintiff,

18 CIVIL 3892 (RJS)

-v-

**DEFAULT JUDGMENT**

AUTORAMA ENTERPRISES OF BRONX
INC.,
                            Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated August 31, 2018, default judgment is entered against defendant on all of Plaintiff's claims and awards damages as follows: (1) economic damages in the amount of $4,565.76 for Plaintiff's FLSA claims; (2) liquidated damages in the amount of $4,565.76 for Plaintiff's FLSA claims; (3) economic damages in the amount of $9,586.92 pursuant to the NYLL; (4) liquidated damages in the amount of $9,586.92 pursuant to the NYLL; (5) pre-judgment interest on economic damages under the NYLL in the amount of $4,096.62; (6) statutory damages in the amount of $5,000.00 for failing to provide wage statements pursuant to NYLL § 195(3); (7) attorneys' fees pursuant to the FLSA and NYLL in the amount $4,914.05; and (8) costs pursuant to the FLSA and NYLL in the amount of $689.90; for a total judgment in favor of Plaintiff for $43,005.93; accordingly, the case is closed.

**DATED** : New York, New York
               August 31, 2018

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                                       By: ____K Mango____
                                                 **Deputy Clerk**