ABSTRACT OF JUDGMENT

**Re:** Comas v. Autorama Enterprises of Bronx Inc.

**Case Number:** 1:18-cv-03892-RJS

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| AUTORAMA ENTERPRISES INC.<br>2480 Butler Place<br>Bronx, NY 10461 | KEVIN COMAS<br>249 S 10th Ave<br>Mount Vernon, NY 10550 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $45,005.93 | Gregory N. Filosa<br>Ariel Y. Graff<br>Filosa Graff LLP<br>111 John Street, Suite 2510<br>New York, NY 10038 | August 31, 2018 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York            , New York

**RUBY J. KRAJICK, Clerk of Court**

_____

**By,** Deputy Clerk