UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN COMAS, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-v-

AUTORAMA ENTERPRISES OF BRONX INC.,

                Defendant.

No. 18-cv-3892 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a *pro se* email submitted by Plaintiff in this closed matter. In general, the Court does not accept *pro se* filings from parties who are represented by counsel. *See O'Reilly v. N.Y. Times Co.*, 692 F.2d 863, 868 (2d Cir. 1982) ("[T]he rights of self-representation and representation by counsel cannot both be exercised at the same time." (internal quotation marks omitted)). Because Plaintiff was represented by counsel during these proceedings, and because that counsel continues to be listed as the attorney of record in this matter, the Court directs Plaintiff to contact his counsel and, if necessary, file a submission through counsel. If Plaintiff instead wishes to proceed without counsel, he should file a notice with the Clerk of Court that discharges his prior counsel and indicates his intent to proceed *pro se*. *See id.*

SO ORDERED.

Dated:    February 26, 2024
             New York, New York

                                                    _____
                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation